**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

AMRO ELKABANY, : No. 755 MAL 2014
:
Petitioner :
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
v. :
:
:
:
WORKERS' COMPENSATION APPEAL :
BOARD (INGRAM MICRO), :
:
Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.